**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS P. ATHRIDGE, Individually and as Father and Next Friend of THOMAS P. ATHRIDGE, Minor,<br>    Plaintiffs,<br><br>v.<br><br>FRANCISCO RIVAS, CHURRERIA MADRID RESTAURANT, CHURRERIA MADRID RESTAURANT, INC.,<br>    Defendants. | Civil Action No. 89-1222 (JMF) |
| THOMAS P. ATHRIDGE, SR., THOMAS P. ATHRIDGE, JR., MARY T. ATHRIDGE,<br>    Plaintiffs,<br><br>v.<br><br>HILDA RIVAS,<br>    Defendant. | Civil Action No. 92-1868 (JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that Defendants' Motion for New Trial and/or Judgment Notwithstanding the Verdict [#233] is **DENIED.**

    **SO ORDERED.**

Dated:

    _____
    JOHN M. FACCIOLA
    UNITED STATES MAGISTRATE JUDGE