.UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS P. ATHRIDGE *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>JORGE IGLESIAS *et al.*,<br>    Defendants. | Civil Action No. 89-1222 (JMF) |
| THOMAS P. ATHRIDGE *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>HILDA RIVAS,<br>    Defendant. | Civil Action No. 92-1868 (JMF) |

**ORDER**

In accordance with the accompanying memorandum opinion, it is hereby ORDERED that

(1) Plaintiffs' Motion for an Order Directing Defendants to Convey Their Choses in Action to Plaintiffs is **DENIED**; and it is further **ORDERED** that

(2) Defendants' Motion to Stay Execution on the Judgment is **GRANTED**; and it is further **ORDERED** that

(3) Motion of Defendants Francisco and Hilda Rivas to Post Real Estate Holding as Security Pending Appeal is **GRANTED**; and it is further **ORDERED** that

(4) Motion of Defendants Francisco and Hilda Rivas to Quash First Amended Notice of Deposition is **GRANTED**.

**SO ORDERED.**

 

Dated:

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE